UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Willie Bell,

    Petitioner,

        v.                               Case No. 1:20cv296

Warden, Ross Correctional
Institution,                          Judge Michael R. Barrett

    Respondent.

### ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on September 15, 2020 (Doc. 7).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 7) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 7) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, in light of the Order (Doc. 6) issued by the Sixth Circuit on September 1, 2020 which denied petitioner's motion for an order authorizing a second or successive petition, this action is **DISMISSED.**

    **IT IS SO ORDERED.**

                                             /s Michael R. Barrett
                                             Michael R. Barrett, Judge
                                             United States District Court